**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KENNETH NATHAN, Chapter 7 Trustee,
for the Bankruptcy Estate of Nicole Massey,
Case No. 19-41514 in the United States
Bankruptcy Court Eastern District of Michigan,

    Plaintiff,

v.

GREAT LAKES WATER AUTHORITY,

    Defendant.

Case No: 2:19-cv-10131

Hon. Avern Cohn

| | |
|---|---|
| Batey Law Firm, PLLC<br>SCOTT P. BATEY (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI 48025<br>(248) 540-6800-telephone<br>(248) 540-6814-fax<br>sbatey@bateylaw.com | RANDAL M. BROWN (P70031)<br>CHERYL YAPO (P55682)<br>Attorneys for Defendant<br>735 Randolph, Suite 1900<br>Detroit, MI 48226<br>(313) 964-9068-telephone<br>randal.brown@glwater.org<br>cheryl.yapo@glwater.org |
| | Starr, Butler, Alexopoulos & Stoner, PLLC<br>KAY RIVEST BUTLER (P41651)<br>WILLIAM R. THOMAS (P77760)<br>Co-Counsel for Defendant<br>20700 Civic Center Drive, Suite 290<br>Southfield, MI 48076<br>(248) 554-2700-telephone<br>kbutler@starrbutler.com<br>wthomas@starrbutler.com |

## **STIPULATED ORDER TO EXTEND DATES**

    WHEREAS, the initial Plaintiff in this matter (Nicole Massey) filed for Bankruptcy on or about February 4, 2019. As a result, she is no longer the real party in interest in this case and, therefore, the bankruptcy trustee was required to be substituted in as the named Plaintiff. Additionally, Plaintiff's counsel needed to be appointed by the Bankruptcy Court to continue as counsel for the bankruptcy trustee in this case.

The parties were unable to continue engaging in discovery until the foregoing process was completed. Consequently, discovery was delayed for approximately 90 days. Despite these delays, the parties have exchanged written discovery and are diligently preparing their cases but it has been apparent that due to the delays additional time has become necessary for the parties to complete discovery.

IT IS HEREBY STIPULATED AND AGREED upon by the parties and their respective counsel that all dates are to be extended 90 days as follows:

Discovery Cut-off from:	August 27, 2019 to **OCTOBER**  29, 2019;

Dispositive Motion Cut-off:	September 30, 2019 to **NOV.  30**, 2019;

Final Pretrial Conference JANUAYR 28, 2020.

Approved as to form:

 /s/Scott P. Batey	 /s/William R. Thomas
SCOTT P. BATEY (P54711)	WILLIAM R. THOMAS (P77760)
Attorney for Plaintiff	Attorney for Defendant

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KENNETH NATHAN, Chapter 7 Trustee,
for the Bankruptcy Estate of Nicole Massey,
Case No. 19-41514 in the United States
Bankruptcy Court Eastern District of Michigan,

    Plaintiff,

v.

    Case No: 2:19-cv-10131

    Hon. Avern Cohn

GREAT LAKES WATER AUTHORITY,

    Defendant.

| | |
|---|---|
| Batey Law Firm, PLLC<br>SCOTT P. BATEY (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI  48025<br>(248) 540-6800-telephone<br>(248) 540-6814-fax<br>sbatey@bateylaw.com | RANDAL M. BROWN (P70031)<br>CHERYL YAPO (P55682)<br>Attorneys for Defendant<br>735 Randolph, Suite 1900<br>Detroit, MI  48226<br>(313) 964-9068-telephone<br>randal.brown@glwater.org<br>cheryl.yapo@glwater.org<br><br>Starr, Butler, Alexopoulos & Stoner, PLLC<br>KAY RIVEST BUTLER (P41651)<br>WILLIAM R. THOMAS (P77760)<br>Co-Counsel for Defendant<br>20700 Civic Center Drive, Suite 290<br>Southfield, MI  48076<br>(248) 554-2700-telephone<br>kbutler@starrbutler.com<br>wthomas@starrbutler.com |

## **ORDER**

    IT IS HEREBY ORDERED AND ADJUDGED that all dates shall be extended as follows:

| | |
|---|---|
| Discovery Cut-off from: 2019; | August 27, 2019 to October 29, 2019ber 29, |
| Dispositive Motion Cut-off: | September 30, 2019 to November  30, 2019 |
| Final Pretrial Conference | January 28, 2020 |

Dated:  8/1/2019

                                              s/ Avern Cohn
                                              **U.S. District Judge**