UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nicole Massey, et al.,

                Plaintiff(s),

v.                                                Case No. 2:19–cv–10131–PDB–EAS
                                                Hon. Paul D. Borman

Great Lakes Water Authority,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

Motion for Summary Judgment – #14

- MOTION HEARING: April 1, 2020 at 02:30 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                      By: s/D Tofil
                                                                          Case Manager

Dated:   January 15, 2020